Ascander Massaad, Appellant, v. William Dixon Stevens and James Beatty, Respondents.— Order reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of the Application of Harold S. Chaskin, Respondent, for an Order of Mandamus against John H. Delaney and Others, Appellants.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

Jack Keisler (Substituted in Place and Stead of Simon Hecht, by an Order Dated February 28, 1930), Plaintiff, v. Rose Construction Company, Inc., and Others, Defendants, Impleaded with Samuel Levine and Rose Levine, Respondents. Harry Gans, Plaintiff's Assignee, Appellant.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

Edwina Booth, Respondent, v. Metro-Goldwyn-Mayer Corporation, Appellant.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

Outdoor Publishing Corporation, Appellant, v. Fawcett Publications, Inc., and Others, Respondents, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.; Finch, P. J., and Martin, J., dissent and vote to reverse and grant the motion.

Commercial Casualty Insurance Company, Appellant, v. Hay Foundry & Iron Works, Inc., Respondent. Hartford Accident and Indemnity Company, Appellant, v. Niewenhous Co., Inc., Respondent.— Judgment affirmed, without costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon, and Untermyer, JJ.

Jose H. Scholtz and Another, v. The Equitable Trust Company of New York.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

Nicolaos Elipoulos v. The National Bank of Greece.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

Princess Fabrics Co., Inc., v. Leading Dress & Costume Co., Inc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

Frederick C. McLaughlin and Others v. Lee McCanliss.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Untermyer, JJ.